**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ROBERT F. SINEGAL** | **DOCKET NO. 6:24-cv-1792** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **USA, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the pending Motion for Emergency Hearing (doc. 8) be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 26th day of February, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE